# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER AMENDING** |
| | ) | **CONDITIONS OF RELEASE** |
| vs. | ) | |
| | ) | |
| Crystelle Gina Nieblas, | ) | Case No. 1:13-cr-077-19 |
| | ) | |
| Defendant | ) | |

IT IS **ORDERED** that defendant Crystelle Gina Nieblas' conditions of release set in the Central District of California on May 6, 2013 (Docket No. 171-5) are amended as follows: The additional condition providing that defendant's travel is restricted to the Central District of California and North Dakota is amended provide that except upon prior approval by the supervising pretrial services officer, defendant's travel is restricted to the states of California and North Dakota.

The additional existing conditions of release remain in effect.

Dated this 27th day of June, 2013.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr., Magistrate Judge
                                            United States District Court