# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER AMENDING** |
| ) | **CONDITIONS OF RELEASE** |
| vs. ) | |
| ) | |
| Crystelle Gina Nieblas, ) | Case No.: 1:13-cr-077-19 |
| ) | |
| Defendant. ) | |
| ) | |

IT IS **ORDERED** that defendant Crystelle Gina Nieblas' existing conditions of release set in the Central District of California on May 6, 2013 (Docket No. 171-5) are **AMENDED** as follows: Defendant shall be allowed to travel to Las Vegas, Nevada on August 2-4, 2013 to attend a wedding shower.

The additional existing conditions of release remain in effect.

Dated this 16th day of July, 2013.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court